**Fill in this information to identify the case:**

Debtor name    **Blue Harvest Fisheries, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **23-11428 (LSS)**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................    $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................    $    **2,916,270.90**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................    $    **2,916,270.90**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **23,463,782.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **772,248.89**

4.   Total liabilities ..........................................................................................
   Lines 2 + 3a + 3b    $    **24,236,030.89**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |
| Debtor name **Blue Harvest Fisheries, LLC** |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known)  **23-11428 (LSS)** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Wells Fargo** | **Business Checking** | **9529** | **$159,464.05** |
| 3.2. | **Wells Fargo** | **Business Checking** | **9537** | **Unknown** |
| 3.3. | **Wells Fargo** | **Business Checking** | **5198** | **Unknown** |

| 4. | **Other cash equivalents** *(Identify all)* | |
| --- | --- | --- |
| 5. | **Total of Part 1.** | **$159,464.05** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:      Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** |
| --- | --- |
| | Description, including name of holder of deposit |

Debtor    **Blue Harvest Fisheries, LLC**          Case number *(if known)*  **23-11428 (LSS)**
          Name

| | | |
|---|---|---|
| 7.1. | **STORE Master Funding XII, LLC** | **$1,690,875.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Expense** | **$558,106.36** |
| 8.2. | **Prepaid Insurance** | **$462,704.97** |
| 8.3. | **Payroll Exchange** | **$30,640.52** |

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

    **$2,742,326.85**

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.    **Crops–either planted or harvested** | | | |
| 29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.    **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31.    **Farm and fishing supplies, chemicals, and feed** | | | |

Debtor    **Blue Harvest Fisheries, LLC**                              Case number *(If known)*    **23-11428 (LSS)**
          Name

**Various fishing assets**                          **Unknown**    **N/A**                          **Unknown**

32.    **Other farming and fishing-related property not already listed in Part 6**

33.    **Total of Part 6.**                                                                    **$0.00**
       Add lines 28 through 32.  Copy the total to line 85.

34.    **Is the debtor a member of an agricultural cooperative?**
       ■ No
       ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ☐ No
       ■ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   TRUCK - 1GT39LE73LF230658 | $14,480.00 | Net Book Value | $14,480.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                                    **$14,480.00**
       Add lines 47 through 50.  Copy the total to line 87.

Debtor   **Blue Harvest Fisheries, LLC**                          Case number *(If known)*  **23-11428 (LSS)**
Name

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Copyrights and Trademarks** | Unknown | N/A | Unknown |
| 61. | **Internet domain names and websites** **Website** | Unknown | N/A | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.   **Total of Part 10.**                                                                        $0.00

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

| Debtor | **Blue Harvest Fisheries, LLC** | Case number *(If known)* | **23-11428 (LSS)** |
| | Name | | |

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Blue Harvest Fisheries, LLC**                                    Case number *(If known)*  **23-11428 (LSS)**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $159,464.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,742,326.85 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $14,480.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,916,270.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,916,270.90 |

**Fill in this information to identify the case:**

Debtor name **Blue Harvest Fisheries, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **23-11428 (LSS)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **DNB Capital LLC**<br>Creditor's Name<br><br>**30 Hudson Yards, 81st Floor**<br>**New York, NY 10001**<br>Creditor's mailing address | | **$3,072,782.00** | **Unknown** |
|---|---|---|---|---|

**2.1 DNB Capital LLC**
Creditor's Name

**30 Hudson Yards, 81st Floor**
**New York, NY 10001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/20/2020**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Property and Assets**

**Describe the lien**
**Capex Line of Credit**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: **$3,072,782.00**
Value of collateral: **Unknown**

---

**2.2 DNB Capital LLC**
Creditor's Name

**30 Hudson Yards, 81st Floor**
**New York, NY 10001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/20/2020**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Property and Assets**

**Describe the lien**
**Term Loan Commitment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$20,391,000.00**
Value of collateral: **Unknown**

| Debtor | **Blue Harvest Fisheries, LLC** | Case number (if known) | **23-11428 (LSS)** |
|---|---|---|---|
| | Name | | |

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

□ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $23,463,782. 00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Blue Harvest Fisheries, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **23-11428 (LSS)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address<br>**City of Newport News-Property Tax**<br>**PO Box 975**<br>**Newport News, VA 23607-0975** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | $3,196.01 |
| --- | --- | --- | --- | --- |
|  | Date or dates debt was incurred<br>**7/3/23** | Basis for the claim:<br>**Trade** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>**City of Newport News-Property Tax**<br>**PO Box 975**<br>**Newport News, VA 23607-0975** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | $95,596.93 |
| --- | --- | --- | --- | --- |
|  | Date or dates debt was incurred<br>**7/3/23** | Basis for the claim:<br>**Trade** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Blue Harvest Fisheries, LLC** | | Case number (if known) | **23-11428 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** | Nonpriority creditor's name and mailing address
**Altus Dental**
**10 Charles St.**
**Providence, RI 02904-2208**

Date(s) debt was incurred  **8/15/23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$1,791.78

---

**3.2** | Nonpriority creditor's name and mailing address
**American Longshore Mutual Association, L**
**P.O. BOX 934368**
**Atlanta, GA 31193-4368**

Date(s) debt was incurred  **7/19/23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$7,605.00

---

**3.3** | Nonpriority creditor's name and mailing address
**American Longshore Mutual Association, L**
**P.O. BOX 934368**
**Atlanta, GA 31193-4368**

Date(s) debt was incurred  **8/18/23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$7,605.00

---

**3.4** | Nonpriority creditor's name and mailing address
**BHF FISH CO, LLC**
**40 Herman Melville Blvd**
**New Bedford, MA 02740**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.5** | Nonpriority creditor's name and mailing address
**Blue Harvest Fisheries Holdings, LLC**
**40 Herman Melville Blvd**
**New Bedford, MA 02740**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.6** | Nonpriority creditor's name and mailing address
**BLUE HARVEST FLEET, LLC**
**40 Herman Melville Blvd**
**New Bedford, MA 02740**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.7** | Nonpriority creditor's name and mailing address
**BLUE HARVEST FOODS, LLC**
**40 Herman Melville Blvd**
**New Bedford, MA 02740**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | **Blue Harvest Fisheries, LLC** | Case number (if known) | **23-11428 (LSS)** |
|---|---|---|---|
| | Name | | |

**3.8**

**Nonpriority creditor's name and mailing address**

**BLUE HARVEST MARITIME, LLC**
**40 Herman Melville Blvd**
**New Bedford, MA 02740**

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Intercompany**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Bregal Partners L.P.**
**200 Park Ave**
**45th Floor**
**New York, NY 10166**

Date(s) debt was incurred **6/30/23**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,601.67**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Compass 360, LLC**
**118 Portsmouth Ave**
**Suite D201**
**Stratham, NH 03885**

Date(s) debt was incurred **8/1/23**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,820.00**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Constellation**
**P.O. Box 4640**
**Carol Stream, IL 60197-4640**

Date(s) debt was incurred **6/13/23**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,508.95**

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Constellation**
**P.O. Box 4640**
**Carol Stream, IL 60197-4640**

Date(s) debt was incurred **7/17/23**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$34,609.34**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Constellation**
**P.O. Box 4640**
**Carol Stream, IL 60197-4640**

Date(s) debt was incurred **8/10/23**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,166.86**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Datasite LLC**
**733 S Marquette Ave, Suite 600**
**Minneapolis, MN 55402**

Date(s) debt was incurred **7/31/23**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,595.81**

---

Debtor **Blue Harvest Fisheries, LLC**
Name

Case number (if known) **23-11428 (LSS)**

| | |
|---|---|
| 3.15 | **$28.28** |

**Nonpriority creditor's name and mailing address**
**Datasite LLC**
**733 S Marquette Ave, Suite 600**
**Minneapolis, MN 55402**

Date(s) debt was incurred **8/5/23**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.16 | **$82,730.00** |

**Nonpriority creditor's name and mailing address**
**Dechert LLP**
**1095 Avenue of the Americas**
**New York, NY 10036**

Date(s) debt was incurred **7/19/23**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.17 | **$22,122.17** |

**Nonpriority creditor's name and mailing address**
**Eversource**
**PO Box 56007**
**Boston, MA 02205-6007**

Date(s) debt was incurred **7/6/23**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.18 | **$22,360.85** |

**Nonpriority creditor's name and mailing address**
**Eversource**
**PO Box 56007**
**Boston, MA 02205-6007**

Date(s) debt was incurred **8/3/23**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.19 | **$214.93** |

**Nonpriority creditor's name and mailing address**
**Eversource**
**PO Box 56007**
**Boston, MA 02205-6007**

Date(s) debt was incurred **8/16/23**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.20 | **$5,000.00** |

**Nonpriority creditor's name and mailing address**
**Gray, Gray, & Gray, LLP**
**150 Royall Street, Suite 102**
**Canton, MA 02021**

Date(s) debt was incurred **7/31/23**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.21 | **$42,718.22** |

**Nonpriority creditor's name and mailing address**
**Inecta**
**225 Broadway**
**Suite 660**
**New York, NY 10007**

Date(s) debt was incurred **5/18/23**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Blue Harvest Fisheries, LLC**
_____
Name

Case number (if known) **23-11428 (LSS)**

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,320.62 |

**Inecta**
**225 Broadway**
**Suite 660**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/23**

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,882.95 |

**Inecta**
**225 Broadway**
**Suite 660**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/9/23**

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,479.74 |

**Inecta**
**225 Broadway**
**Suite 660**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/15/23**

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,567.50 |

**Inecta**
**225 Broadway**
**Suite 660**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/23**

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,011.75 |

**Inecta**
**225 Broadway**
**Suite 660**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/23**

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,901.75 |

**Inecta**
**225 Broadway**
**Suite 660**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/6/23**

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,284.00 |

**Inecta**
**225 Broadway**
**Suite 660**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/13/23**

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Harvest Fisheries, LLC** | | Case number (if known) | **23-11428 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.29** | Nonpriority creditor's name and mailing address

**Inecta**
225 Broadway
Suite 660
New York, NY 10007

Date(s) debt was incurred **7/20/23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,722.00**

---

**3.30** | Nonpriority creditor's name and mailing address

**Inecta**
225 Broadway
Suite 660
New York, NY 10007

Date(s) debt was incurred **8/3/23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,394.50**

---

**3.31** | Nonpriority creditor's name and mailing address

**Inecta**
225 Broadway
Suite 660
New York, NY 10007

Date(s) debt was incurred **8/17/23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

**$312.00**

---

**3.32** | Nonpriority creditor's name and mailing address

**Insource Services, Inc.**
P.O. Box 427
Newton Upper Falls, MA 02464

Date(s) debt was incurred **6/30/23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

**$7,443.75**

---

**3.33** | Nonpriority creditor's name and mailing address

**Insource Services, Inc.**
P.O. Box 427
Newton Upper Falls, MA 02464

Date(s) debt was incurred **7/31/23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

**$9,243.75**

---

**3.34** | Nonpriority creditor's name and mailing address

**IPFS Corporation**
P.O. Box 32144
New York, NY 10087-2144

Date(s) debt was incurred **7/31/23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.35** | Nonpriority creditor's name and mailing address

**Jackson Lewis P.C.**
75 Park Plaza   4th Floor
Boston, MA 02116

Date(s) debt was incurred **4/26/23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$4,763.00**

---

Debtor    **Blue Harvest Fisheries, LLC**                                Case number (if known)    **23-11428 (LSS)**
          Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$660.00** |
|---|---|---|---|

**Jackson Lewis P.C.**
**75 Park Plaza   4th Floor**
**Boston, MA 02116**

Date(s) debt was incurred  **6/30/23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,716.00** |
|---|---|---|---|

**K&L Gates LLP**
**P.O. Box 844255**
**Boston, MA 02284-4255**

Date(s) debt was incurred  **5/30/23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,846.00** |
|---|---|---|---|

**Kelley Drye & Warren LLP**
**3 World Trade Center**
**New York, NY 10007**

Date(s) debt was incurred  **7/18/23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,854.50** |
|---|---|---|---|

**Kelley Drye & Warren LLP**
**3 World Trade Center**
**New York, NY 10007**

Date(s) debt was incurred  **7/31/23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,343.00** |
|---|---|---|---|

**Kelley Drye & Warren LLP**
**3 World Trade Center**
**New York, NY 10007**

Date(s) debt was incurred  **7/31/23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,826.50** |
|---|---|---|---|

**Kelley Drye & Warren LLP**
**3 World Trade Center**
**New York, NY 10007**

Date(s) debt was incurred  **7/31/23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00** |
|---|---|---|---|

**Micro Technology Solutions, Inc.**
**132 Alden Rd.**
**Fairhaven, MA 02719**

Date(s) debt was incurred  **8/1/23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Blue Harvest Fisheries, LLC**        Case number (if known)    **23-11428 (LSS)**

      Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,086.70 |
|---|---|---|---|

**Navex Global**
**5500 Meadows Road**
**Suite 500**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/24/23__

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.49 |
|---|---|---|---|

**NRG Business Marketing**
**P.O. Box 32179**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/17/23__

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|

**OutSolve, LLC**
**3330 W Esplanade Ave S**
**Suite 301**
**Metairie, LA 70002-9348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/23/23__

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.81 |
|---|---|---|---|

**Provident Life & Accident Ins Co**
**P.O. Box 740592**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/14/23__

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,417.75 |
|---|---|---|---|

**State Auto Insurance Companies**
**P.O. Box 776721**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/31/23__

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**STORE MASTER FUNDING XII, LLC**
**8377 E. Hartford Drive, Suite 100**
**Scottsdale, AZ 85255**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __Unknown__

**Basis for the claim:** __Lease__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,250.00 |
|---|---|---|---|

**Stove Boat Company, LLC**
**1518 K Street NW**
**Suite 303**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/1/23__

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Harvest Fisheries, LLC** | Case number (if known) | **23-11428 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,429.97 |
|---|---|---|---|

**TD Bank Card Services**
**P.O. Box 2580**
**Cherry Hill, NJ 08034**

Date(s) debt was incurred  8/21/23

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,799.00 |
|---|---|---|---|

**The American Equity Underwriters, Inc.**
**P.O.Box 603038**
**Charlotte, NC 28260-0242**

Date(s) debt was incurred  8/18/23

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 772,248.89 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 772,248.89 |

**Fill in this information to identify the case:**

Debtor name    **Blue Harvest Fisheries, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **23-11428 (LSS)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **Office Space and Processing Plant Lease** | |
| State the term remaining    **192 months** | **STORE MASTER FUNDING XII, LLC** |
| List the contract number of any government contract | **8377 E. Hartford Drive, Suite 100 Scottsdale, AZ 85255** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    **Office Equipment** | |
| State the term remaining    **34 months** | **TOMCO2 Systems Company** |
| List the contract number of any government contract | **3340 Rosebud Road Loganville, GA 30052** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Blue Harvest Fisheries, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) **23-11428 (LSS)** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **BHF Allagash, LLC** | **40 Herman Melville Blvd New Bedford, MA 02740** | **DNB Capital LLC** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **BHF Allagash, LLC** | **40 Herman Melville Blvd New Bedford, MA 02740** | **DNB Capital LLC** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **BHF BLUE CANYON, LLC** | **40 Herman Melville Blvd New Bedford, MA 02740** | **DNB Capital LLC** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **BHF BLUE CANYON, LLC** | **40 Herman Melville Blvd New Bedford, MA 02740** | **DNB Capital LLC** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **BHF BLUE COVE, LLC** | **40 Herman Melville Blvd New Bedford, MA 02740** | **DNB Capital LLC** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Blue Harvest Fisheries, LLC**                    Case number *(if known)*    **23-11428 (LSS)**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **BHF BLUE COVE, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **BHF BLUE DELTA, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **BHF BLUE DELTA, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **BHF BLUE EASTERN, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **BHF BLUE EASTERN, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **BHF BLUE HARBOR, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **BHF BLUE HARBOR, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **BHF BLUE HARVEST, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Blue Harvest Fisheries, LLC** | Case number *(if known)* | **23-11428 (LSS)** |

---

**■** Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **BHF BLUE HARVEST, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 **BHF BLUE LAGOON, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 **BHF BLUE LAGOON, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 **BHF BLUE NORTH, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 **BHF BLUE NORTH, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 **BHF BLUE OCEAN, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 **BHF BLUE OCEAN, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 **BHF BLUE PACIFIC, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Blue Harvest Fisheries, LLC**    Case number *(if known)*    **23-11428 (LSS)**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.22 **BHF BLUE PACIFIC, LLC** | 40 Herman Melville Blvd New Bedford, MA 02740 . | **DNB Capital LLC** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.23 **BHF BLUE SEA, LLC** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.24 **BHF BLUE SEA, LLC** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.25 **BHF BLUE SOUTH, LLC** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.26 **BHF BLUE SOUTH, LLC** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.27 **BHF BLUE STREAM, LLC** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.28 **BHF BLUE STREAM, LLC** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.29 **BHF BLUE WATER, LLC** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Blue Harvest Fisheries, LLC** | Case number *(if known)* | **23-11428 (LSS)** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
| --- | --- | --- |

**2.30** BHF BLUE WATER, LLC — 40 Herman Melville Blvd New Bedford, MA 02740 — DNB Capital LLC
■ D  **2.2**
☐ E/F ____
☐ G ____

**2.31** BHF BLUE WAVE, LLC — 40 Herman Melville Blvd New Bedford, MA 02740 — DNB Capital LLC
■ D  **2.1**
☐ E/F ____
☐ G ____

**2.32** BHF BLUE WAVE, LLC — 40 Herman Melville Blvd New Bedford, MA 02740 — DNB Capital LLC
■ D  **2.2**
☐ E/F ____
☐ G ____

**2.33** BHF BLUE WESTERN, LLC — 40 Herman Melville Blvd New Bedford, MA 02740 — DNB Capital LLC
■ D  **2.1**
☐ E/F ____
☐ G ____

**2.34** BHF BLUE WESTERN, LLC — 40 Herman Melville Blvd New Bedford, MA 02740 — DNB Capital LLC
■ D  **2.2**
☐ E/F ____
☐ G ____

**2.35** BHF CARRABASSETT, LLC — 40 Herman Melville Blvd New Bedford, MA 02740 — DNB Capital LLC
■ D  **2.1**
☐ E/F ____
☐ G ____

**2.36** BHF CARRABASSETT, LLC — 40 Herman Melville Blvd New Bedford, MA 02740 — DNB Capital LLC
■ D  **2.2**
☐ E/F ____
☐ G ____

**2.37** BHF FISH CO, LLC — 40 Herman Melville Blvd New Bedford, MA 02740 — DNB Capital LLC
■ D  **2.1**
☐ E/F ____
☐ G ____

| Debtor | **Blue Harvest Fisheries, LLC** | Case number *(if known)* | **23-11428 (LSS)** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **BHF FISH CO, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | **DNB Capital LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | **BHF HARMONY, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | **DNB Capital LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | **BHF HARMONY, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | **DNB Capital LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | **BHF MORUE, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | **DNB Capital LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.42 | **BHF MORUE, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | **DNB Capital LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | **BHF NOBSKA, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | **DNB Capital LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.44 | **BHF NOBSKA, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | **DNB Capital LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.45 | **BHF PermitCo, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | **DNB Capital LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Blue Harvest Fisheries, LLC**                                      Case number *(if known)*   **23-11428 (LSS)**

| ██ | **Additional Page to List More Codebtors** | | |
|---|---|---|---|
| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | |
| | Column 1: **Codebtor** | | Column 2: **Creditor** |

| 2.46 | **BHF PermitCo, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.47 | **BHF SCHELVIS, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | **BHF SCHELVIS, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | **BHF TERESA MARIE III, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | **BHF TERESA MARIE IV, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | **BHF TERESA MARIE IV, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.52 | **BHF TERESA MARIE IV, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | **Blue Harvest Fisheries Parent, LLC** | 40 Herman Melville Blvd<br>New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Blue Harvest Fisheries, LLC** | Case number *(if known)* | **23-11428 (LSS)** |
|--------|--------|--------|--------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **Blue Harvest Fisheries Parent, LLC** — 40 Herman Melville Blvd, New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.55 | **BLUE HARVEST FLEET, LLC** — 40 Herman Melville Blvd, New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.56 | **BLUE HARVEST FLEET, LLC** — 40 Herman Melville Blvd, New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.57 | **BLUE HARVEST FOODS, LLC** — 40 Herman Melville Blvd, New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.58 | **BLUE HARVEST FOODS, LLC** — 40 Herman Melville Blvd, New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.59 | **BLUE HARVEST MARINE SERVICES, LLC** — 40 Herman Melville Blvd, New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.60 | **BLUE HARVEST MARITIME, LLC** — 40 Herman Melville Blvd, New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.61 | **BLUE HARVEST MARITIME, LLC** — 40 Herman Melville Blvd, New Bedford, MA 02740 | DNB Capital LLC | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

Debtor    **Blue Harvest Fisheries, LLC**                    Case number *(if known)*    **23-11428 (LSS)**

| Additional Page to List More Codebtors | | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| | | | |
|---|---|---|---|
| 2.62 | **Diane Marie Fishery, Inc.** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** |
| | | | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.63 | **Diane Marie Fishery, Inc.** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** |
| | | | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.64 | **IMT AssetCo, LLC** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** |
| | | | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.65 | **IMT AssetCo, LLC** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** |
| | | | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.66 | **Kathryn Ann Fishing, Inc.** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** |
| | | | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.67 | **Kathryn Ann Fishing, Inc.** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** |
| | | | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.68 | **North Queen Fishing, Inc.** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** |
| | | | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.69 | **North Queen Fishing, Inc.** | 40 Herman Melville Blvd New Bedford, MA 02740 | **DNB Capital LLC** |
| | | | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

Debtor   **Blue Harvest Fisheries, LLC**                        Case number *(if known)*   **23-11428 (LSS)**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name   **Blue Harvest Fisheries, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **23-11428 (LSS)**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,567,459.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,567,459.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Fidelity Security Life Insurance Co.**<br>**P.O. Box 632530**<br>**ME 04526-3000** | 6/9/23 | $314.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |

Debtor    Blue Harvest Fisheries, LLC _____    Case number (if known) **23-11428 (LSS)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Eversource**<br>**PO Box 56007**<br>**Boston, MA 02205-6007** | **6/9/23** | **$1,626.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.3. **Mutual of Omaha**<br>**Payment Porcessing Center**<br>**P.O. Box 2147**<br>**Omaha, NE 68103-2147** | **6/9/23** | **$4,349.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.4. **Brown & Brown Insurance**<br>**500 East Main St.**<br>**Suite 600**<br>**Norfolk, VA 23510** | **6/9/23** | **$22,324.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.5. **Inecta**<br>**225 Broadway**<br>**Suite 660**<br>**New York, NY 10007** | **6/9/23** | **$34,210.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.6. **Constellation**<br>**P.O. Box 4640**<br>**Carol Stream, IL 60197-4640** | **6/9/23** | **$44,597.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.7. **Santos Chic Perez**<br>**Address on file** | **6/13/23** | **$484.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.8. **K&L Gates LLP**<br>**P.O. Box 844255**<br>**Boston, MA 02284-4255** | **6/16/23** | **$4,748.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.9. **Stove Boat Company, LLC**<br>**1518 K Street NW**<br>**Suite 303**<br>**Washington, DC 20005** | **6/16/23** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |

Debtor    **Blue Harvest Fisheries, LLC**

Case number *(if known)*  **23-11428 (LSS)**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.10. | **Insource Services, Inc.**<br>P.O. Box 427<br>Newton Upper Falls, MA 02464 | 6/16/23 | $15,287.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.11. | **TD Bank Card Services**<br>P.O. Box 2580<br>Cherry Hill, NJ 08034 | 6/16/23 | $27,089.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.12. | **IPFS Corporation**<br>P.O. Box 32144<br>New York, NY 10087-2144 | 6/16/23 | $29,239.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.13. | **Inecta**<br>225 Broadway<br>Suite 660<br>New York, NY 10007 | 6/16/23 | $34,210.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.14. | **National Fisheries Institute, Inc.**<br>1900 Campus Commons Drive<br>Suite 160<br>Bellingham, MA 02019-1000 | 6/23/23 | $3,591.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.15. | **The American Equity Underwriters, Inc.**<br>P.O.Box 603038<br>Charlotte, NC 28260-0242 | 6/23/23 | $4,799.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.16. | **American Longshore Mutual Association, L**<br>P.O. BOX 934368<br>Atlanta, GA 31193-4368 | 6/23/23 | $7,605.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.17. | **Gray, Gray, & Gray, LLP**<br>150 Royall Street, Suite 102<br>Canton, MA 02021 | 6/23/23 | $35,150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |

Debtor    **Blue Harvest Fisheries, LLC**                                  Case number *(if known)*  **23-11428 (LSS)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.18. **Inecta**<br>**225 Broadway**<br>**Suite 660**<br>**New York, NY 10007** | **6/23/23** | **$44,565.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.19. **Inecta**<br>**225 Broadway**<br>**Suite 660**<br>**New York, NY 10007** | **7/2/23** | **$1,847.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.20. **Gray, Gray, & Gray, LLP**<br>**150 Royall Street, Suite 102**<br>**Canton, MA 02021** | **7/2/23** | **$10,348.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.21. **K&L Gates LLP**<br>**P.O. Box 844255**<br>**Boston, MA 02284-4255** | **7/2/23** | **$27,831.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.22. **STORE Capital**<br>**8377 E Hartford Dr, Ste 100**<br>**Scottsdale, AZ 85255** | **7/3/23** | **$151,138.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.23. **Mutual of Omaha**<br>**Payment Porcessing Center**<br>**P.O. Box 2147**<br>**Omaha, NE 68103-2147** | **7/5/23** | **$1,547.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.24. **Inecta**<br>**225 Broadway**<br>**Suite 660**<br>**New York, NY 10007** | **7/5/23** | **$3,055.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.25. **TUFTS HEALTH PLAN**<br>**P.O. Box 9224**<br>**Chelsea, MA 02150** | **7/5/23** | **$13,446.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |

Debtor    **Blue Harvest Fisheries, LLC**                                   Case number *(if known)*  **23-11428 (LSS)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.26. **Mutual of Omaha**<br>**Payment Porcessing Center**<br>P.O. Box 2147<br>Omaha, NE 68103-2147 | 7/5/23 | $14,858.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.27. **TD Bank Card Services**<br>P.O. Box 2580<br>Cherry Hill, NJ 08034 | 7/17/23 | $13,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.28. **Fidelity Security Life Insurance Co.**<br>P.O. Box 632530<br>ME 04526-3000 | 7/21/23 | $163.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.29. **Compass 360, LLC**<br>118 Portsmouth Ave<br>Suite D201<br>Stratham, NH 03885 | 7/21/23 | $250.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.30. **Provident Life & Accident Ins Co**<br>P.O. Box 740592<br>Atlanta, GA 30374 | 7/21/23 | $298.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.31. **Direct Energy Business**<br>P.O. Box 32179<br>New York, NY 10087 | 7/21/23 | $838.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.32. **Altus Dental**<br>10 Charles St.<br>Providence, RI 02904-2208 | 7/21/23 | $1,325.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.33. **Inecta**<br>225 Broadway<br>Suite 660<br>New York, NY 10007 | 7/21/23 | $3,465.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |

Debtor   **Blue Harvest Fisheries, LLC**
_____

Case number _(if known)_   **23-11428 (LSS)**
_____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.34. **The American Equity Underwriters, Inc.**<br>P.O.Box 603038<br>Charlotte, NC 28260-0242 | 7/21/23 | $4,799.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.35. **American Longshore Mutual Association, L**<br>P.O. BOX 934368<br>Atlanta, GA 31193-4368 | 7/21/23 | $7,605.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.36. **Eversource**<br>PO Box 56007<br>Boston, MA 02205-6007 | 7/21/23 | $28,577.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.37. **IPFS Corporation**<br>P.O. Box 32144<br>New York, NY 10087-2144 | 7/21/23 | $29,239.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.38. **STORE Capital**<br>8377 E Hartford Dr, Ste 100<br>Scottsdale, AZ 85255 | 8/2/23 | $151,138.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.39. **City of New Bedford**<br>P.O. Box 844638<br>Boston, MA 02284 | 8/3/23 | $89.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.40. **Provident Life & Accident Ins Co**<br>P.O. Box 740592<br>Atlanta, GA 30374 | 8/3/23 | $298.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.41. **Direct Energy Business**<br>P.O. Box 32179<br>New York, NY 10087 | 8/3/23 | $303.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |

Debtor   **Blue Harvest Fisheries, LLC**                                          Case number *(if known)*  **23-11428 (LSS)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.42. **K&L Gates LLP**<br>P.O. Box 844255<br>Boston, MA 02284-4255 | 8/3/23 | $3,448.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.43. **Micro Technology Solutions, Inc.**<br>132 Alden Rd.<br>Fairhaven, MA 02719 | 8/3/23 | $4,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.44. **TD Bank Card Services**<br>P.O. Box 2580<br>Cherry Hill, NJ 08034 | 8/3/23 | $13,728.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.45. **Seward & Kissel LLP**<br>1 Battery Park Plaza<br>New York, NY 10004 | 8/3/23 | $38,658.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.46. **Portage Point Partners**<br>300 North LaSalle, Suite 1420<br>Chicago, IL 60654 | 8/7/23 | $150,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.47. **Portage Point Partners**<br>300 North LaSalle, Suite 1420<br>Chicago, IL 60654 | 8/10/23 | $61,580.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.48. **Fidelity Security Life Insurance Co.**<br>P.O. Box 632530<br>ME 04526-3000 | 8/11/23 | $202.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.49. **Eversource**<br>PO Box 56007<br>Boston, MA 02205-6007 | 8/11/23 | $978.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |

Debtor  **Blue Harvest Fisheries, LLC**

Case number *(if known)*  **23-11428 (LSS)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.50 **Altus Dental**<br>**10 Charles St.**<br>**Providence, RI 02904-2208** | **8/11/23** | **$2,057.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.51 **Mutual of Omaha**<br>**Payment Porcessing Center**<br>**P.O. Box 2147**<br>**Omaha, NE 68103-2147** | **8/11/23** | **$2,221.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.52 **Inecta**<br>**225 Broadway**<br>**Suite 660**<br>**New York, NY 10007** | **8/11/23** | **$5,812.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.53 **Seward & Kissel LLP**<br>**1 Battery Park Plaza**<br>**New York, NY 10004** | **8/11/23** | **$20,812.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.54 **TUFTS HEALTH PLAN**<br>**P.O. Box 9224**<br>**Chelsea, MA 02150** | **8/11/23** | **$26,708.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.55 **Brown & Brown Insurance**<br>**500 East Main St.**<br>**Suite 600**<br>**Norfolk, VA 23510** | **8/11/23** | **$32,159.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.56 **Inecta**<br>**225 Broadway**<br>**Suite 660**<br>**New York, NY 10007** | **8/18/23** | **$3,260.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.57 **The American Equity Underwriters, Inc.**<br>**P.O.Box 603038**<br>**Charlotte, NC 28260-0242** | **8/18/23** | **$4,799.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |

Debtor    **Blue Harvest Fisheries, LLC**                                        Case number *(if known)*  **23-11428 (LSS)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.58. **TD Bank Card Services** P.O. Box 2580 Cherry Hill, NJ 08034 | 8/18/23 | $25,043.59 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Operations** |
| 3.59. **Kelley Drye & Warren LLP** 3 World Trade Center New York, NY 10007 | 8/18/23 | $36,287.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Operations** |
| 3.60. **Portage Point Partners** 300 North LaSalle, Suite 1420 Chicago, IL 60654 | 8/18/23 | $50,372.82 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Operations** |
| 3.61. **Inecta** 225 Broadway Suite 660 New York, NY 10007 | 8/25/23 | $2,431.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Operations** |
| 3.62. **TUFTS HEALTH PLAN** P.O. Box 9224 Chelsea, MA 02150 | 8/25/23 | $3,098.16 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Operations** |
| 3.63. **TUFTS HEALTH PLAN** P.O. Box 9224 Chelsea, MA 02150 | 8/25/23 | $3,443.66 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Operations** |
| 3.64. **TUFTS HEALTH PLAN** P.O. Box 9224 Chelsea, MA 02150 | 8/25/23 | $6,971.04 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Operations** |
| 3.65. **TUFTS HEALTH PLAN** P.O. Box 9224 Chelsea, MA 02150 | 8/25/23 | $13,435.46 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Operations** |

Debtor    **Blue Harvest Fisheries, LLC**                          Case number *(if known)* **23-11428 (LSS)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.66. **Portage Point Partners**<br>**300 North LaSalle, Suite 1420**<br>**Chicago, IL 60654** | **8/25/23** | **$34,861.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.67. **Dechert LLP**<br>**1095 Avenue of the Americas**<br>**New York, NY 10036** | **8/25/23** | **$83,885.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.68. **Empower Investments**<br>**P.O. Box 1700**<br>**Denver, CO 80201** | **8/28/23** | **$9,711.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |
| 3.69. **Empower Investments**<br>**P.O. Box 1700**<br>**Denver, CO 80201** | **8/31/23** | **$9,161.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operations** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **REDAN ADVISORS LLC**<br>**5330 Carmel Crest Lane**<br>**Charlotte, NC 28226**<br>**Manager** | **July 3, 2023** | **$120,000.00** | **Fees** |
| 4.2. **Charles E. Wilson, Jr.**<br>▮▮▮▮▮▮▮<br>**President** | **August 26, 2022** | **$10,239.96** | **Wages** |
| 4.3. **Charles E. Wilson, Jr.**<br>▮▮▮▮▮▮▮<br>**President** | **September 9, 2022** | **$10,240.00** | **Wages** |
| 4.4. **Charles E. Wilson, Jr.**<br>▮▮▮▮▮▮▮<br>**President** | **September 23, 2022** | **$10,240.00** | **Wages** |

Debtor    **Blue Harvest Fisheries, LLC**                                     Case number *(if known)*    **23-11428 (LSS)**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **Charles E. Wilson, Jr.** <br><br> **President** | **October 7, 2022** | **$10,107.46** | **Wages** |
| 4.6. **Charles E. Wilson, Jr.** <br><br> **President** | **October 7, 2022** | **$265.08** | **expense reimbursement** |
| 4.7. **Charles E. Wilson, Jr.** <br><br> **President** | **October 21, 2022** | **$10,240.00** | **Wages** |
| 4.8. **Charles E. Wilson, Jr.** <br><br> **President** | **November 4, 2022** | **$10,240.00** | **Wages** |
| 4.9. **Charles E. Wilson, Jr.** <br><br> **President** | **November 18, 2022** | **$10,240.00** | **Wages** |
| 4.10. **Charles E. Wilson, Jr.** <br><br> **President** | **December 2, 2022** | **$10,240.00** | **Wages** |
| 4.11. **Charles E. Wilson, Jr.** <br><br> **President** | **December 16, 2022** | **$10,239.96** | **Wages** |
| 4.12. **Charles E. Wilson, Jr.** <br><br> **President** | **December 30, 2022** | **$10,240.06** | **Wages** |
| 4.13. **Charles E. Wilson, Jr.** <br><br> **President** | **January 13, 2023** | **$9,404.41** | **Wages** |
| 4.14. **Charles E. Wilson, Jr.** <br><br> **President** | **January 27, 2023** | **$9,404.41** | **Wages** |
| 4.15. **Charles E. Wilson, Jr.** <br><br> **President** | **February 10, 2023** | **$9,404.41** | **Wages** |
| 4.16. **Charles E. Wilson, Jr.** <br><br> **President** | **February 24, 2023** | **$9,404.41** | **Wages** |

| Debtor | **Blue Harvest Fisheries, LLC** | Case number *(if known)* | **23-11428 (LSS)** |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.17. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **March 10, 2023** | **$9,404.41** | **Wages** |
| 4.18. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **March 24, 2023** | **$9,404.41** | **Wages** |
| 4.19. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **April 7, 2023** | **$9,404.41** | **Wages** |
| 4.20. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **April 21, 2023** | **$9,404.41** | **Wages** |
| 4.21. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **May 5, 2023** | **$9,404.41** | **Wages** |
| 4.22. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **May 19, 2023** | **$9,404.41** | **Wages** |
| 4.23. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **June 2, 2023** | **$9,601.72** | **Wages** |
| 4.24. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **June 16, 2023** | **$10,345.53** | **Wages** |
| 4.25. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **June 30, 2023** | **$10,325.29** | **Wages** |
| 4.26. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **July 14, 2023** | **$10,253.56** | **Wages** |
| 4.27. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **July 28, 2023** | **$10,191.61** | **Wages** |
| 4.28. **Charles E. Wilson, Jr.** <br> ██████████ <br> **President** | **August 11, 2023** | **$10,191.61** | **Wages** |

Debtor    **Blue Harvest Fisheries, LLC**    Case number *(if known)* **23-11428 (LSS)**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.29. **Charles E. Wilson, Jr.** ▮▮▮▮▮▮▮▮ **President** | **August 25, 2023** | **$10,191.61** | **Wages** |
| 4.30. **Charles E. Wilson, Jr.** ▮▮▮▮▮▮▮▮ **President** | **September 1, 2023** | **$26,196.34** | **Wages** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Employee Matters** | **MCAD (MA Commission Against Discrimination) 1 Ashburton Place Suite 601 Boston, MA 02108** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Blue Harvest Fisheries, LLC** _____    Case number *(if known)*  **23-11428 (LSS)**

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Newport News Facility 675 Jefferson Avenue Newport News, VA 23607** | **October 2022** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Blue Harvest Fisheries, LLC**                                 Case number *(if known)*   **23-11428 (LSS)**

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

Debtor    **Blue Harvest Fisheries, LLC**                                   Case number *(if known)*  **23-11428 (LSS)**

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Blue Harvest Fisheries, LLC 40 Herman Melville Blvd New Bedford, MA 02740** | **MA Department of Environ. Protection** | | **Various** |
| **Blue Harvest Fisheries, LLC 40 Herman Melville Blvd New Bedford, MA 02740** | **U.S. Environmental Protection Agency Office of General Counsel 90 Church Street Mail Code 2310A New York, NY 10007** | | **Various** |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Blue Harvest Fisheries, LLC 40 Herman Melville Blvd New Bedford, MA 02740** | **MA Department of Environ. Protection** | | **Various** |
| **Blue Harvest Fisheries, LLC 40 Herman Melville Blvd New Bedford, MA 02740** | **U.S. Environmental Protection Agency Office of General Counsel 90 Church Street Mail Code 2310A New York, NY 10007** | | **Various** |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

Debtor    **Blue Harvest Fisheries, LLC** _____    Case number *(if known)* **23-11428 (LSS)**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1. **BLUE HARVEST MARITIME, LLC** **40 Herman Melville Blvd** **New Bedford, MA 02740** | **Fishing** | EIN:    **30-0859597** From-To    **June 27, 2027 to Present** |
| 25.2. **BLUE HARVEST FOODS, LLC** **40 Herman Melville Blvd** **New Bedford, MA 02740** | | EIN: From-To |
| 25.3. **BLUE HARVEST REAL ESTATE HOLDINGS, LLC** **40 Herman Melville Blvd** **New Bedford, MA 02740** | | EIN: From-To |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Eric Flanzbaum** ███████████ | **September 2017 to April 2023** |
| 26a.2. **Insource Services, Inc.** **P.O. Box 427** **Newton Upper Falls, MA 02464** | **May 2023** |
| 26a.3. **Charles E. Wilson, Jr.** ███████████ | **November 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Gray, Gray & Gray, LLP** **150 Royall Street** **Suite 102** **Canton, MA 02021** | **2020 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   **Blue Harvest Fisheries, LLC**                                    Case number *(if known)*   **23-11428 (LSS)**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Gray, Gray & Gray, LLP**<br>**150 Royall Street**<br>**Suite 102**<br>**Canton, MA 02021** | |
| 26c.2.  **Inecta**<br>**225 Broadway**<br>**Suite 660**<br>**New York, NY 10007** | |
| 26c.3.  **Insource Services, Inc.**<br>**P.O. Box 427**<br>**Newton Upper Falls, MA 02464** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **UNKNOWN** | **UNKNOWN** | **UNKNOWN** |

| Name and address of the person who has possession of inventory records |
|---|
| **UNKNOWN** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Blue Harvest Fisheries Parent, LLC** | **40 Herman Melville Blvd New Bedford, MA 02740** | **Managing Member** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Debtor | Blue Harvest Fisheries, LLC | Case number *(if known)* | 23-11428 (LSS) |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See Question 4 | | | |
| | Relationship to debtor | | | |

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Blue Harvest Fisheries Holdings, LLC | EIN:   47-3359841 |
| BHF Fish Blocker, LLC | EIN:   83-2275074 |

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 25, 2023**

**/s/ Charles E. Wilson, Jr.**                              **Charles E. Wilson, Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

**Fill in this information to identify the case**

Debtor name

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 25, 2023      X /s/ Charles E. Wilson, Jr.
                                      Signature of individual signing on behalf of debtor

                                      Charles E. Wilson, Jr.
                                      Printed name

                                      President
                                      Position or relationship to debtor